JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSE LUIS ESCAMILLA-RAMIREZ
a/k/a "Jose Ramirez,"
a/k/a "Jose Escamilla,"
a/k/a "Jose L. Medina,"

Defendant.

**INDICTMENT**

26 Cr.

26 CRIM 0252

**COUNT ONE**
**(Illegal Reentry)**

The Grand Jury charges:

1. From at least on or about April 16, 2026, in the Southern District of New York and elsewhere, JOSE LUIS ESCAMILLA-RAMIREZ, a/k/a "Jose Ramirez," a/k/a "Jose Escamilla," a/k/a "Jose L. Medina," the defendant, being an alien who has been denied admission, excluded, deported, and removed from the United States, and has departed the United States while an order of exclusion, deportation, and removal was outstanding, entered and was found in the United States, after removal that was subsequent to a conviction for commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

[redacted]
FOREPERSON
6/15/26

JAY CLAYTON
United States Attorney