

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 1, 2026

**BY ECF**

The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:    *United States v. Jose Escamilla-Ramirez*, 26 Cr. 252 (LTS)

Dear Judge Swain:

The Government respectfully requests that the time between tomorrow, July 2, 2026, and the initial pre-trial conference scheduled for July 7, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendant was indicted on June 15, 2026, *see* ECF No. 7, and arraigned before Magistrate Judge Cave on June 18, 2026. At the time of the defendant's arraignment, this Court had not yet scheduled the initial pre-trial conference, and so Judge Cave granted the Government's provisional request to exclude time for two weeks, from June 18, 2026 through July 2, 2026. Thus, the Government respectfully requests to exclude time between tomorrow, July 2, 2026, and the initial pre-trial conference scheduled for July 7, 2026.

The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review discovery, and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    *Caitlin McCarey*
        Caitlin R. McCarey
        Assistant United States Attorney
        Southern District of New York
        (212) 637-1041
        caitlin.mccarey@usdoj.gov

cc (by ECF):   Kristoff Williams, Esq.

The foregoing request is granted. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through July 7, 2026, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE 9 resolved.

SO ORDERED.
7/2/2026
/s/ Laura Taylor Swain,
Chief USDJ