**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 9, 2026

**BY ECF**
The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Jose Escamilla-Ramirez*, 26 Cr. 252 (LTS)**

Dear Judge Swain:

On July 7, 2026, the Court held the initial pre-trial conference in the above-referenced case and granted the Government's motion to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h), until the next-scheduled conference, set for September 1, 2026. Due to a scheduling conflict, the Court then adjourned the conference from September 1, 2026 to September 9, 2026.

As a result of the adjournment, the Government respectfully requests that the time between September 1, 2026, and the conference scheduled for September 9, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review discovery, and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ________________________
Caitlin R. McCarey
Assistant United States Attorney
Southern District of New York
caitlin.mccarey@usdoj.gov
(212) 637-1041

The foregoing request is granted. The pretrial conference scheduled in this matter is hereby adjourned from September 1, 2026 to **September 9, 2026 at 2:30 pm.** The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through September 9, 2026, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE 13 resolved.

SO ORDERED.
7/10/2026
/s/ Laura Taylor Swain, Chief USDJ